1  **PETER W. CLERIDES, SB #154074**
   **ATTORNEY AT LAW**
2  700 Montgomery Street, 3rd Floor
   San Francisco, CA 94111
3  Telephone (415) 732-1744
   Facsimile (415) 732-1745
4
   Attorneys for Plaintiffs
5  **JEFFREY HEIL and PAULA HEIL**

6
                    UNITED STATES DISTRICT COURT
7
                              FOR THE
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11  JEFFREY HEIL and PAULA HEIL,   )   CASE NO. C 06 2002 MJJ
    individuals,                   )
12                                 )   [PROPOSED] ORDER RESTRAINING
                Plaintiff,         )   DEFENDANT WELLS FARGO BANK
13                                 )   AND ORDER TO SHOW CAUSE WHY
    v.                             )   PRELIMINARY INJUNCTION SHOULD
14                                 )   NOT ISSUE
    WELLS FARGO BANK, N.A., a      )
15  California Corporation,        )
                                   )   Date:
16              Defendant.         )   Time:
                                   )   Dept.:
17                                 )   Judge:
                                   )
18  _____)

19

20      To defendant WELLS FARGO BANK:

21      Based on the ex parte application of plaintiffs JEFFREY HEIL

22  and PAULA HEIL, the supporting Declarations of plaintiffs' JEFFREY

23  HEIL and PAULA HEIL, and the Complaint, all filed with this Court,

24  this Court orders as follows:

25      DEFENDANT WELLS FARGO BANK IS HEREBY ORDERED TO APPEAR in

26  Courtroom 11 of this Court, located at 450 Golden Gate Avenue, San

27  _____
    [PROPOSED] ORDER RESTRAINING DEFENDANT WELLS
28  FARGO BANK AND ORDER TO SHOW CAUSE WHY
    PRELIMINARY INJUNCTION SHOULD NOT ISSUE         1

1  Francisco, California, 94102 on ___April 18th___, 2006, at __11:00__.
2  A.M., to show cause why:
3       1.   Defendant WELLS FARGO BANK should not be enjoined from
4  foreclosing upon, or engaging in any collection action with respect
5  to, plaintiffs' real property located in Parowan, Utah, which
6  property defendant WELLS FARGO BANK holds a deed trust on.
7       This Order to Show Cause and Supporting Papers shall be served
8  on defendant WELLS FARGO BANK no later than __April 6th__ ~~by~~ in
   compliance with Federal Rule of Civil Procedure 4(h).
9  ~~facsimile transmission~~.  Proof of such service shall be filed and
10 delivered to this court promptly following such service.
11      The following briefing schedule shall apply: Any Opposition
12 papers to the Order to Show Cause shall be filed and served on
13 plaintiffs no later than __5 p.m, April 12__①, 2006.  Any Reply papers
14 to such Opposition shall be filed and served on defendant no later
15 than __5:00 pm, April 14__, 2006.  ~~All Opposition and Reply papers may be
16 served by facsimile transmission.~~
17      BOND in the amount of $5,000.00 shall be posted no later than
18 __5:00 PM, April 7__, 2006.
19      SO ORDERED.
20
21
22
23 Dated: __4/5/2006__                   _____/s/_____
                                          MARTIN J. JENKINS
                                          UNITED STATES DISTRICT JUDGE
24
25 ① In its Opposition, Wells Fargo shall not only address the
   merits of Plaintiffs' asserted claims, but shall raise
26 any defenses relating to jurisdiction and the appropriateness
   of venue in the Northern District of California, including
27 any basis for transfer.

28 [PROPOSED] ORDER RESTRAINING DEFENDANT WELLS
   FARGO BANK AND ORDER TO SHOW CAUSE WHY
   PRELIMINARY INJUNCTION SHOULD NOT ISSUE         2