Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM
A Law Corporation
245 Fischer Ave., Suite A-9
Costa Mesa, California 92626
Tel: (949) 720-9200 Fax: (949) 608-0128
Daniel.Fujimoto@wolffirm.com

Specially Appearing for Defendant, WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY HEIL and PAULA HEIL, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a California Corporation,<br><br>Defendants. | Case No. C 06-cv-02002-MJJ<br><br>[~~PROPOSED~~] ORDER DENYING PRELIMINARY INJUNCTION, VACATING TEMPORARY RESTRAINING ORDER, AND QUASHING SERVICE OF PROCESS<br><br>Date: March 31, 2006<br>Time: 11:00 a.m.<br>Ctrm: 11<br>U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

This matter came before the Court on an Order to Show Cause Why a Preliminary Injunction Should Not Issue on the above date and time. Peter W. Clerides appeared on behalf of Plaintiffs, Jeffrey Heil and Paula Heil, and Mark Oto appeared specially on behalf of The Wolf Firm, appearing specially for Defendant, Wells Fargo Bank, N.A.

The Court, having considered the pleadings, papers, and documents filed in this case with respect to this matter, and finding that service had not been properly made, makes the following order:

IT IS HEREBY ORDERED that:

1. Service of the Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue and all supporting documents is hereby quashed;

2. Plaintiffs' request for a preliminary injunction is denied; and

3. The Temporary Restraining Order issued on March 20, 2006 is vacated.

DATED: 4/12/2006 _____

_____
Judge of the Federal District Court for the
Northern District of California

474-2357

2

ORDER DENYING PRELIMINARY INJUNCTION, VACATING TRO, AND QUASHING SERVICE OF PROCESS -  C 06-cv-02002-MJJ